UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

FILED
DEC 03 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **STEFANI ROSSI REO** | ) | Case No. 1:19-CV-02786 |
| Plaintiff, | ) | (Lake County Court of Common Pleas |
| vs. | ) | Case No. 19CV001466 ) |
| | ) | Certificate of Service for Removal |
| **MARTIN LINDSTEDT** | ) | From Lake County to N.D. Ohio |
| Defendant. | ) | |

### Certificate of Service

Defendant Pastor Martin Lindstedt removed Stefani *Rossi Reo v. Martin Lindstedt* #19CV001466 Lake County Ohio Court of Common Pleas to the federal district court and it was docketed there on 26 Nov. 2019 as Reo v. Lindstedt, 1-19-cv-02786. Wherefore this Certificate of Service attesting to a copy of the Removal to the Federal Court, The Notice of Removal, Civil Cover Sheet, and the Reo Civil Complaint is being mailed via First Class Postage to the Lake County Court, Judge Joseph Condon over that removed case, and to Professional Plaintiff Bryan Reo on this date of Wednesday, 27 November 2019.

Judge Patrick Condon, c/o Maureen Kelly, Clerk of the Lake County Courts, Lake County Courthouse, West Annex, 25 N. Park Place, Painesville, Ohio 44077-3416

Stefani Rossi Reo, c/o Bryan Reo, 7143 Rippling Brook Lane, P.O. Box 5100, Mentor Ohio 44061

This bare Certificate of Service shall be sent to the Clerk of the US District Court, Carl B. Stokes US Courthouse, 801 West Superior Avenue, Cleveland Ohio 44113 to file.

Hail Victory !!!

*[signature]* Pastor CJCC/AN P

Pastor Martin Lindstedt, CJCC/AN, 338 Rabbit Track Road, Granby Missouri 64844

(417) 472-6901  pastorlindstedt@gmail.com

27 Nov 2019

Pastor Martin Lindstedt
338 Rabbit Track Road
Granby, Missouri
      64844



SPRINGFIELD MO 658
27 NOV 2019
NOV 27 2019

Clerk, U.S. District Court
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio
      44113

44113-182025