IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEFANI ROSSI REO, | ) | Case No. 1:19-cv-2786 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| MARTIN LINDSTEDT, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On September 4, 2020, the court conducted a telephone conference to discuss Defendant Martin Lindstedt's Declaration in Response to Motion for Summary Judgment. ECF Doc. 27. Lindstedt's motion requested additional time to conduct discovery and stated that he would move to consolidate four cases pending in the Northern District of Ohio. As stated during the telephone conference, if Lindstedt seeks the consolidation of these cases, he must file a motion to consolidate in all four cases pursuant to Fed. R. Civ. P. 42. To the extent he has sought consolidation in his declaration in response to motion for summary judgment, ECF Doc. 27, it is DENIED.

Regarding Lindstedt's motion to extend discovery, the court recognizes that leave was granted to file motions for summary judgment prior to the discovery deadline of September 1, 2020. During the telephone conference, Lindstedt stated that he wanted to conduct discovery related to the dispositive motions and specifically related to damages. Recognizing that Lindstedt is a *pro se* defendant, the court will GRANT, in part, his request for a discovery

extension. Lindstedt must file any brief in opposition to plaintiff's motion for summary judgment on or before **November 9, 2020.** Until November 9, 2020, the parties will be permitted to conduct any discovery necessary to respond to or reply in support of the motion for summary judgment.

    **IT IS SO ORDERED.**

Dated: September 8, 2020

                                                      Thomas M. Parker
                                                    United States Magistrate Judge