UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEFANI ROSSI REO,** | ) | CASE NO.1:19CV2786 |
| | ) | |
| **Plaintiff/** | ) | **SENIOR JUDGE** |
| **Counter-Defendant** | ) | **CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| **MARTIN LINDSTEDT,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant/** | ) | |
| **Counter-Claimant** | ) | |

**CHRISTOPHER A BOYKO, SR.J.:**

The Court has filed its Opinions and Orders on all pending motions, granting summary judgment in favor of Plaintiff Stefani Rossi Reo and against Defendant Martin Lindstedt on the Complaint and Counterclaims and entering judgment in favor of Plaintiff in the amount of $250,000.00 compensatory damages and $250,000.00 in punitive damages as to Count I (Defamation) and Count II (Invasion of Privacy/False Light) in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 /s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge