UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STEFANI ROSSI REO,** | Case No. 1:19-cv-02786-CAB |
| Plaintiff, | Hon. Christopher A. Boyko |
| v. | Mag. Thomas M. Parker |
| **MARTIN LINDSTEDT.,** | |
| Defendant. | |

| | |
|---|---|
| **REO LAW, LLC** <br> Bryan Anthony Reo (#0097470) <br> P.O. Box 5100 <br> Mentor, OH 44061 <br> (T): (440) 313-5893 <br> (E): reo@reolaw.org <br> *Attorney for Plaintiff Stefani Rossi Reo* | **MARTIN LINDSTEDT** <br> 338 Rabbit Track Road <br> Granby, MO 64844 <br> (T): (417) 472-6901 <br> (E): pastorlindstedt@gmail.com <br> *Pro se Defendant* |

## ASSIGNMENT OF JUDGMENT
## AGAINST MARTIN LINDSTEDT

Plaintiff and Judgment Creditor, Stefani Rossi Reo, Assignor, for good and valuable consideration, the receipt and sufficiency of which is hereby agreed upon by Assignor and Assignee (and for purposes of collections), does here by assign to Bryan Anthony Reo [personally and individually], Assignee, all her interests future interest, rights, future rights, title, and ownership in a judgment entered in United States District Court for the Northern District of Ohio, on March 30, 2021, signed by the honorable judge Christopher A. Boyko in docket ECF No. 48 in the amount of $250,000.00 dollars in compensatory damages and $250,000.00 dollars in punitive damages for an amount in the aggregate of $500,000.00 dollars, noting that the judgment has not as of the date of this assignment, been finalized as a formal judgment. As of the date of this assignment the total value

of the judgment is $500,000.00 dollars inclusive of all post judgment interest, costs, fees, and other awards. At the time of this assignment, the judgment remains unsatisfied as to Judgment Debtor, and this judgment remains in full force and effect.

The Name and address of Assignee is:

Bryan Reo

P.O. Box 5100, Mentor, Ohio 44061 (Assignee)

ASSIGNOR:

**STEFANI ROSSI REO**

By: *Stefani Rossi Reo*
Stefani Rossi Reo,
Plaintiff/Assignor

SWORN TO AND SUBSCRIBED, before me, this 20 day of January 2022.

*Eliza Adams*
Notary Public
Print Name: Eliza Adams
Commission Expires: 4/26/2025

ELIZA ADAMS
Notary Public
State of Ohio
My Comm. Expires
April 26, 2025

Respectfully submitted,

REO LAW, LLC

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(Email): reo@reolaw.org
Ohio Law License - #0097470
*Attorney for Plaintiff Stefani Rossi Reo*

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above was electronically filed with the Court, and a copy was sent via First Class Mail to the following this __21__ day of __April__, 2022:

Martin Lindstedt
338 Rabbit Track Road
Granby, Missouri 64844
P: 417-472-6901

                                            /s/ Bryan A. Reo
                                            Bryan A. Reo, Esq.
                                            P.O. Box 5100
                                            Mentor, OH 44061
                                            (Business):  (216) 505-0811
                                            (Mobile):  (440) 313-5893
                                            (Email):  reo@reolaw.org
                                            Ohio Law License - #0097470